DAVID J. KING et al., as Surviving Executors of and Trustees under the Will of EDWARD J. KING, Deceased, Plaintiffs, *v.* HERMAN M. BEERS, Appellant, and FISS, DOERR AND CARROLL HORSE COMPANY, Respondent, Impleaded with Others.

*King* v. *Beers*, 145 App. Div. 177, affirmed.
(Argued October 5, 1911; decided October 24, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 8, 1911, which reversed an order of Special Term confirming the report of a referee in surplus-money proceedings subsequent to the foreclosure of a mortgage upon real property.

*Edward S. Seidman, Henry Wollman, Benjamin F. Wollman* and *Robert G. Starr* for appellant.

*Martin Conboy* and *Frank A. Clary* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.